UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

Civil Action Number: 2:14-cv-682-FtM-29 JES DNF

ALEXANDER JOHNSON

    Plaintiff,
vs.

JAY VARAHIMATA INVESTMENTS, LLC.,
a Florida Limited Liability Company,
d/b/a GLADES MOTEL

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Dated this 16th day of February, 2015.

| | |
|---|---|
| *s/Scott Dinin* | *s/ Edmond J Geagan* |
| Scott R. Dinin, Esq. | Edmund J. Gegan, Esq. |
| Florida Bar No.: 97780 | Florida Bar No.: 068822 |
| SCOTT R. DININ, P.A. | BKN Murray, LLP |
| 4200 NW 7TH Avenue | 100 2nd Avenue North, Suite 200 |
| Miami, Florida 33127 | St. Petersburg, Florida 33701 |
| Telephone: 786-431-1333 | Telephone: 727-822-8696 |
| Facsimile: 786-513-7700 | Fax: 727-471-0616 |
| E-Mail: sdinin@bakerlaw.com | Email: egegan@archerbay.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

1