UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEXANDER JOHNSON,

    Plaintiff,

v.                             Case No: 2:14-cv-682-FtM-29DNF

JAY VARAHIMATA INVESTMENTS, LLC., a Florida limited liability company,

    Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #20) filed on February 16, 2015. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this   17th   day of February, 2015.

                                        JOHN E. STEELE
                                        UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record